## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS R. MCGUIRE, INDIVIDUALLY | : | Case No. 2:14-cv-00093 |
| Plaintiff, | : | JUDGE GREGORY L. FROST |
| -vs- | : | MAGISTRATE JUDGE MCCANN KING |
| GARY MOHR, et al. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, Plaintiff Dennis R. McGuire and Defendants Gary Mohr, Donald Morgan, Anonymous Execution Team Members (1-20) ("State Defendants"), Hospira, Inc., and Hospira Worldwide, Inc., through their respective counsels jointly stipulate to a dismissal of this case with prejudice pursuant to Civ. R. 41(a)(ii). Defendants Dr. Mark Dershwitz and McKesson Corporation have not been served, answered, or otherwise plead in this case. Thus, Plaintiff Dennis R. McGuire gives notice of dismissal of all claims against Dr. Mark Dershwitz and McKesson Corporation pursuant to Civ. R. 41(a)(i).

|  |  |
|---|---|
|  | MICHAEL DeWINE |
|  | Ohio Attorney General |
|  |  |
| */s/* Richard W. Schulte | */s/ Bridget C. Coontz* |
| Richard W Schulte | BRIDGET C. COONTZ (0072919) |
| 812 East National Road | SARAH E. PIERCE (0087799) |
| Vandalia, OH 45377 | TIFFANY L. CARWILE (0082522) |
| Tel: 937-435-7500; Fax: 937-435-7511 | Assistant Attorneys General |
| rschulte@legaldayton.com | Constitutional Offices Section |
|  | 30 E. Broad St., 16th Floor |
| Jon Paul Rion | Columbus, Ohio 43215 |
| Rion Rion and Rion LPA Inc | Phone: 614-466-7014 Fax: 614-752-6063 |
| 130 West Second Street | bridget.coontz@ohioattorneygeneral.gov |
| PO Box 10126, Suite 2150 | sarah.pierce@ohioattorneygeneral.gov |
| Dayton, OH 45402 | tiffany.carwile@ohioattorneygeneral.gov |
| Tel: 937-223-9133 |  |
| info@rionlaw.com | *Counsel for State Defendants* |

1

| | |
|---|---|
| Nathaniel John Stuckey<br>Wright & Schulte, LLC<br>812 E National Road<br>Vandalia, OH 45377<br>Tel: 937-435-7500; Fax: 937-435-7511<br>nstuckey@legaldayton.com<br><br>*Counsel for Plaintiff* | */s/ Matthew A. Kairis*<br>Matthew A. Kairis (0055502)<br>Aaron M. Healey (0091709)<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>P.O. Box 165017<br>Columbus, OH 43216-5017<br>Tel: (614) 469-3939; Fax: (614) 461-4198<br>makairis@jonesday.com<br>ahealey@jonesday.com<br><br>*Counsel for Defendants Hospira, Inc. and Hospira Worldwide, Inc.* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was submitted with the Clerk of the Court for the U.S. District Court for the Southern District of Ohio using the CM/ECF system on February 2, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the CM/ECF system.

/s/ Richard W. Schulte
Richard W Schulte